THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Kevin M.
 Youngblood, Appellant.
 
 
 
 
 

Appeal From Richland County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2010-UP-403
 Submitted September 1, 2010  Filed
September 16, 2010

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh,  Assistant Attorney General Deborah R.J.
 Shupe, Assistant Attorney General Megan B. Wines, and Assistant Attorney General William M.
 Blitch, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Kevin
 M. Youngblood pled guilty to criminal solicitation of a minor and was sentenced
 to eighteen months' imprisonment.  On appeal, Youngblood argues the trial court
 violated his constitutional rights by requiring him to register as a sex
 offender.  We affirm[1] pursuant to Rule 220(b)(1),
 SCACR, and the following authority:  Hendrix
 v. Taylor, 353 S.C. 542, 550-552, 579 S.E.2d 320, 324-25 (2003)
 (holding the sex offender registry does violate the defendant's due process and
 equal protection rights); Williams v. State, 378 S.C. 511, 515-16, 662
 S.E.2d 615, 617-18 (Ct. App. 2008) (holding the South Carolina Sex Offender
 Registry Act "is not so punitive in purpose or
 effect as to constitute a criminal penalty" and finding instead the
 registration requirement to be a collateral consequence of the defendant's
 sentence).
AFFIRMED.
FEW, C.J.,
 HUFF and GEATHERS,
 JJ., concur. 

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.